1
2
3
4
5
6
7

8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9   AT TACOMA

10  LONNIE RAY CARTER,

11          Plaintiff,                    CASE NO. 3:11-cv-05617-BHS-JRC

12      v.                                ORDER DIRECTING PLAINTIFF
                                          TO SHOW CAUSE WHY THIS
                                          ACTION SHOULD NOT BE
13  BERNIE WARNER et al.                  SUMMARILY DISMISSED AND IN
                                          FORMA PUPERIS STATUS DENIED
14          Defendants.

15

16      This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate

17  Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1,

18  MJR 3, and MJR 4. Plaintiff has filed a proposed complaint and a motion to proceed in forma

19  pauperis.  Plaintiff alleges that the Washington State Department of Corrections released plaintiff

20  from prison on his maximum expiration date of August 10, 2008.  He complains because he was

21  released into a "serious life threatening situation," "murder for hire." (ECF No. 1. Proposed

22  complaint).

23

24  ORDER DIRECTING PLAINTIFF TO SHOW
    CAUSE WHY THIS ACTION SHOULD NOT BE
    SUMMARILY DISMISSED AND IN FORMA
    PUPERIS STATUS DENIED - 1

1      Plaintiff is ordered to show cause why his motion to proceed in forma pauperis should not be denied and this action dismissed as frivolous. A response will be due on or before **September 30, 2011**.

     The court may dismiss an in forma pauperis complaint before service of process under 28 U.S.C. § 1915A (b) (1) if the complaint fails to state a claim or if the complaint, on its face, contains a complete defense to the action. <u>Lopez v. Smith</u>, 203 F.3d 1122, 1130 (9th Cir. 2000). Plaintiff fails to show that the Washington State Department of Corrections had any authority to hold him beyond his release date or to release him in a county other than the one where he was convicted. He has presented no facts that would support a claim for relief under 42 U.S.C. § 1983. Therefore, unless plaintiff can amend his complaint to state a claim for relief, then this court will recommend that the case be dismissed.

     Dated this 26th day of August, 2011.

                   J. Richard Creatura
                   United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO SHOW
CAUSE WHY THIS ACTION SHOULD NOT BE
SUMMARILY DISMISSED AND IN FORMA
PUPERIS STATUS DENIED - 2