UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LONNIE RAY CARTER,

          Plaintiff,

v.

BERNIE WARNER et al.,

          Defendants.

CASE NO. C11-5617-BHS-JRC

ORDER

On August 26, 2011, the Court entered an order directing plaintiff to show cause why this action should not be dismissed as frivolous (ECF No. 5). That mailing was returned as undeliverable and the Court resent the order to a different prison as directed by the return information. The Order was again returned as undeliverable (ECF No. 8). The time for filing a response has past, but plaintiff has now sent correspondence to the Court asking that the order be re-sent to the Washington Corrections Center at Shelton Washington (ECF No. 10).

The Court directs the Clerk's office to re-send Mr. Carter the Order to show cause (ECF No. 5). Plaintiff will have until December 16, 2011 to respond. Failure to respond will result in a

Report and Recommendation to dismiss this action with the dismissal counting as a strike pursuant to 28 U.S.C. 1915 (e).

Dated this 7th day of November, 2011.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge