1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

LONNIE RAY CARTER,

11

                    Plaintiff,

12

        v.

13

BERNIE WARNER,

14

                    Defendant.

CASE NO. C11-5617-BHS-JRC

ORDER GRANTING IN PART
PLAINTIFF'S REQUEST FOR A
CONTINUANCE

15

16

17

18

19

20

21

22

23

24

        This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate

Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1,

MJR 3, and MJR 4. This action was filed August 12, 2011. The Court has yet to grant in forma

pauperis status or order service because the plaintiff has failed to respond to an Order to Show

Cause entered on August 26, 2011 (ECF No. 5).

        Plaintiff complains that he was released from prison on his maximum expiration date

(ECF No. 1, proposed complaint). He alleges that he was released into a life threatening "murder

for hire" situation. Plaintiff fails to show that prison officials had any option but to release him to

the county of conviction upon completion of his sentence. The original Order to Show Cause was

ORDER GRANTING IN PART PLAINTIFF'S
REQUEST FOR A CONTINUANCE - 1

1   returned as undeliverable (ECF No. 6). The Court received a change of address and resent the

2   order and it was again returned as undeliverable (ECF No. 8).

3       After receiving a letter from Mr. Carter, the Court sent the Order for a third time and

4   gave plaintiff until December 16, 2011 to file a response. Mr. Carter now requests a 60-day

5   continuance, until February 14, 2012. He states that he was transferred and does not have his

6   legal documents with him.

7       The Clerk's office is directed to send Mr. Carter a copy of his complaint (ECF No. 1) and

8   a copy of the Order to show cause (ECF No. 5). No other documents should be needed for

9   plaintiff to formulate a response. Plaintiff will be given until **January 21, 2012**, to file a

10  response to the Court's Order to Show Cause.

11      Dated this 20th day of December, 2011.

12

13
                                            J. Richard Creatura
14                                          United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING IN PART PLAINTIFF'S
REQUEST FOR A CONTINUANCE - 2